IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. DAVID, | No. C-95-4388 TEH (PR) |
| Plaintiff, | |
| v. | ORDER RETURNING DOCUMENTS TO PLAINTIFF |
| ERIC HOLDER, Attorney General, et al., | |
| Defendants. | |

On December 8, 1995, Plaintiff David M. David, an inmate housed at Mule Creek State Prison in Ione, California, filed a petition for a writ of mandamus. Doc. #1. On January 11, 1996, the Court dismissed the case and issued a judgment. Doc. #6. On February 5, 1996, Plaintiff filed a notice of appeal and, on December 5, 1996, the Ninth Circuit affirmed the judgment of this Court. On January 12 2012, Plaintiff filed a motion for reconsideration, which the Court denied on May 11, 2012.

On August 28, 2012, Plaintiff filed three large documents in this Court entitled, "History of Cause of Action," "Evidentiary Analysis of Petitioner's Factual Innocence," and "Statement of Facts in Support of Summary Judgment."

This case has been closed since 1996 and the Court no longer has jurisdiction over it. The Court notes that Plaintiff

1 filed a separate petition for a writ of habeas corpus, <u>David v.</u>
2 <u>Knipp, Warden</u>, 09-5934 LHK.  On October 11, 2011, the petition was
3 transferred to the United States District Court for the Central
4 District of California, which is Plaintiff's district of conviction.
5 The documents that Plaintiff filed in this case might be documents
6 he meant to file in support of his habeas petition in the Central
7 District of California.
8      Therefore, Plaintiff's documents are noted in the docket
9 of this case but will not be filed.  Instead, the clerk of the court
10 is ordered to return these documents to Plaintiff.

12      IT IS SO ORDERED.

14 DATED     _09/14/2012_          _____
15                                 THELTON E. HENDERSON
                                    United States District Judge

26 G:\PRO-SE\TEH\ORDERS\CR\David 95-4388 CR.wpd